IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEO THREET, et al.**     **PLAINTIFFS**
**Each Individually and on**
**Behalf of All Those Similarly Situated**

vs.     No. 4:18-cv-445-BSM

**DASSAULT FALCON JET CORP.**     **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. The Parties are in the process of finalizing settlement terms and expect to file their settlement paperwork, including any necessary Motions for Consolidation for all related cases, within thirty (30) days from the filing of this Joint Notice of Settlement.

Respectfully submitted,

**LEO THREET, et al., PLAINTIFFS**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 S. SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT DASSAULT FALCON JET CORP.**

Brian A. Vandiver
COX, STERLING, McCLURE & VANDIVER, PLLC
8712 Counts Massie Road
North Little Rock, AR  72113
Telephone: (501) 954-8073
bavandiver@csmfirm.com


*/s/ John B. Brown*
John B. Brown
OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 987-3800
John.brown@ogletreedeakins.com