IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRAIG COATES, Individually**                                              **PLAINTIFFS**
**and on behalf of**
**others similarly situated,** *et al.*

v.                  **CASE NO. 4:17-CV-00372-BSM**

**DASSAULT FALCON JET CORP.**                               **DEFENDANT**

## ORDER

The joint motion to consolidate [Doc. No. 191] is granted, and this case is consolidated with *Leo Threet, et al. v. Dassault Falcon Jet Corp.*, No. 4:18-cv-445-BSM; *Robert Gipson, et al. v. Dassault Falcon Jet Corp.*, 4:18-cv-672-BSM; and *Brian Donnell, et al. v. Dassault Falcon Jet Corp.*, 4:19-cv-283-BSM. *See* Fed. R. Civ. P. 42. The parties are directed to provide notice of final settlement or a status update within fourteen days.

IT IS SO ORDERED this 16th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE